IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATRINA SHANK, Administrator of the Estate of Robert Earl Shank, III, and Individually,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATE OF AMERICA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　NO. CV 08-cv-214-JPG-PMF<br>)<br>)<br>)<br>)<br>) |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

　　The Court having been advised by counsel for the parties that the above action has been settled;

　　**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

　　**DATED: February 19, 2009**


　　　　　　　　　　　　　　　　　　　　**KEENAN G. CASADY, CLERK**

　　　　　　　　　　　　　　　　　　　　s/Brenda K. Lowe, Deputy Clerk


APPROVED:　*s/J. Phil Gilbert*
　　　　　　**J. PHIL GILBERT**
　　　　　　**U. S. DISTRICT JUDGE**